## STATEMENT OF FACTS

On Sunday, June 28, 2020, at approximately 4:00 a.m., members of the Metropolitan Police Department (MPD) 5th District responded to the 1200 block of Raum Street, NE in Washington, D.C. in response to a Shotspotter report for sounds of gunshots.  Officers located several spent shell casings on the street.  There were no victims on scene and no visible property damage.  The 1200 block of Raum Street, NE is a residential street and there were cars parked on both sides of the street.

The officers began to block off the area with crime scene tape and canvass for additional shell casings or other evidence.  As they did so, Officer Paster and Officer Owens noticed a black male, later identified as the defendant Decordre Chiles (Defendant Chiles) slumped over in the driver's seat of a blue 2000 Ford Mustang vehicle that was parked on the block.  Defendant Chiles was the only occupant of the vehicle, which was later determined to be registered to someone else.  The officers began to tap on the windows of the vehicle and call out to Defendant Chiles in order to check on his safety.  As they did so, Defendant Chiles moved a little in the seat and began to wake up.  Officer Paster then noticed a firearm on Defendant Chiles's lap, with the barrel facing out toward the street.  The officers gave the defendant loud verbal commands to open the windows and show his hands.  Defendant Chiles did not open the windows and he attempted to put the vehicle in drive.  Officers then shattered the driver's side window and Officer Owens removed the firearm from the defendant's lap and handed it to Officer Graves. The defendant was placed under arrest.

The firearm recovered was determined to be a Heckler & Koch (H&K) .9mm semi-automatic handgun with serial number 232-037598.  When it was recovered, it was loaded with one (1) round in the chamber and eight (8) rounds in the fifteen-round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearm and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Chiles through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Seventh Judicial Circuit Court for Prince George's County, Maryland, docket number T131057B, for Robbery. The defendant was sentenced to 15 years of confinement with 13 years suspended for this offense on January 10, 2014.  Therefore, the defendant would have been aware at the time of his arrest in this case that he had a previous conviction for a crime punishable by more than one year.

_____
OFFICER DYMONE GRAVES
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 29th day of June, 2020.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE